UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Martin Elpidio Ponce RAMIREZ, | Case No.: 24-cv-0232-AGS-KSC |
|---|---|
| Petitioner, | **ORDER DIRECTING FILING OF PETITION AS A MOTION TO AMEND IN PETITIONER'S EXISTING HABEAS MATTER, DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2), AND CLOSING CASE** |
| v. | |
| Glen E. PRATT, Warden, | |
| Respondent. | |

Proceeding without an attorney, petitioner Martin Elpidio Ponce Ramirez has filed a petition for a writ of habeas corpus. He both paid the filing fee and filed a motion to proceed in forma pauperis. (*See* ECF 2; ECF 3.) His petition challenges the same San Diego Superior Court conviction (under state criminal case number SCN398344) as does another of his habeas petitions already pending in this Court in *Ramirez v. Pratt*, No. 23-cv-2175-JLS-KSC (S.D. Cal. Jan. 30, 2024).

When a prisoner, proceeding pro se, files a second habeas petition before the complete adjudication of an earlier-filed petition that challenges the same conviction, the court should construe the new petition as a motion to amend in the earlier-filed case. *See Woods v. Carey*, 525 F.3d 886, 890 (9th Cir. 2008). Accordingly, the clerk is **DIRECTED** to file a copy of the petition in this case (ECF 1) as a motion to amend in S.D. Cal. Civil Case No. 23-cv-2175-JLS-KSC and to close this case. Petitioner's motion to proceed in forma pauperis (ECF 2) is **DENIED AS MOOT**.

Dated:  April 3, 2024

Andrew G. Schopler
United States District Judge